BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

WAYNE A. KNIGHT
Law Office of Knight & Knight
2300 Boynton Avenue, Suite 104
Fairfield, CA 94533
Telephone: (707) 422-5411
Facsimile: (916) 422-0174

Attorney for Plaintiff Charles E. Lewis

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. LEWIS,<br><br>            Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF HOMELAND SECURITY; UNITED STATES COAST GUARD; and JOSHUA MATTHEW ETHERIDGE,<br><br>            Defendants. | Case No. 2:12-cv-03069 GEB-KJN<br><br>**STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT AND [PROPOSED] ORDER** |

  Defendant Department of Homeland Security, Defendant United States Coast Guard, and Plaintiff Charles E. Lewis, by and through their respective counsel, stipulate to substitute the United States as Defendant in place of the Department of Homeland Security and the United States Coast Guard. The United States is the only proper party defendant for claims under the Federal Tort Claims Act. 28 U.S.C. §§ 1346(b)(1) and 2679(a); *FDIC v. Craft*, 157 F.3d 697, 706 (9th Cir. 1998) ("The FTCA is the exclusive remedy for tortious conduct by the United States, and it only

allows claims against the United States.  Although such claims can arise from the acts or omissions of United States agencies (28 U.S.C. § 2671), an agency itself cannot be sued under the FTCA.").

DATED:  February 15, 2013

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

DATED:  February 15, 2013

By:   */s/ Wayne A. Knight*
WAYNE A. KNIGHT
Attorney for Plaintiff Charles E. Lewis

**ORDER**

IT IS SO ORDERED.

**Date:  3/5/2013**

GARLAND E. BURRELL, JR.
Senior United States District Judge